IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J Sports Productions, Inc., | NO. C 09-04203 JW |
| Plaintiff, | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| Esmeralda Arrizon, et al., | |
| Defendants. | |

This case is scheduled for a Preliminary Pretrial Conference on December 6, 2010. The Court set a deadline of November 22, 2010 for the parties' to file their Joint Preliminary Pretrial Statement. On December 2, 2010, due to the parties failure to timely file their Pretrial Statement, the Court issued a reminder. The parties subsequently filed a duplicate copy of their June 18, 2010 Preliminary Pretrial Statement. The June 18 Joint Statement, however, is insufficient for the Court to evaluate the parties' preparedness for trial.

Accordingly, the Court CONTINUES the Preliminary Pretrial Conference to **December 20, 2010 at 10 a.m.** On or before **December 10, 2010**, the parties shall file a detailed Joint Preliminary Pretrial Conference Statement updating the Court as to their proposed trial schedule and readiness for trial. Failure to file a complete and timely Statement will subject both parties to sanctions.

Dated: December 3, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce Charles Piontkowski bpiontkowski@tingleyllp.com
Thomas Peter Riley TPRLAW@att.net

**Dated:  December 3, 2010**                             **Richard W. Wieking, Clerk**

                                                                              **By:      /s/ JW Chambers
                                                                                         Elizabeth Garcia
                                                                                         Courtroom Deputy**