CURTIS R. TINGLEY (SBN112322)
ctingley@tingleyllp.com
BRUCE C. PIONTKOWSKI (SBN 152202)
bpiontkowski@tingleyllp.com
JONATHAN A. McMAHON (239370)
jmcmahon@tingleyllp.com
TINGLEY PIONTKOWSKI LLP
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone:    (408) 283-7000
Facsimile:    (408) 283-7010

Attorneys for Defendants
ESMERALDA ARRIZON aka ESMERALDA ARRIZON BRISENO; MARIA DOLORES ARRIZON; CESAR ENRIQUE CHIRINO; FELIPE ARRIZON PENA

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br>Plaintiff, <br><br>v. <br><br>ESMERALDA ARRIZON aka ESMERALDA ARRIZON BRISENO, MARIA DOLORES ARRIZON, CESAR ENRIQUE CHIRINO, and FELIPE ARRIZON PENA, INDIVIDUALLY and dba EL TAPATIO aka JORGE'S EL TAPATIO, <br><br>Defendants. | CASE NO.  C09-04203 JW <br><br>**STIPULATION AND [PROPOSED] ORDER POSTPONING SETTLEMENT CONFERENCE** |

Counsel for Plaintiff J & J SPORTS PRODUCTIONS, INC., and Defendants ESMERALDA ARRIZON aka ESMERALDA ARRIZON BRISENO, MARIA DOLORES ARRIZON, CESAR ENRIQUE CHIRINO, and FELIPE ARRIZON PENA, INDIVIDUALLY and dba EL TAPATIO aka JORGE'S EL TAPATIO, hereby STIPULATE to postponing the Settlement Conference with Magistrate Judge Elizabeth D. Laporte to the week of April 11, 2011.

The current date of March 31, 2011, will not be productive because the status of the insurance is in question. Counsel believes that a two-week extension may very well lead to a

1  resolution without the expense of a settlement conference.

2      IT IS SO STIPULATED.

3  Dated: March 29, 2011          LAW OFFICES OF THOMAS P. RILEY

5                                 By: /s/ *Thomas Riley*
6                                    THOMAS P. RILEY
                                  Attorneys for Plaintiff

7
8  Dated: March 29, 2011          TINGLEY PIONTKOWSKI LLP

10                               By: /s/ *Bruce Piontkowski*
11                                  BRUCE C. PIONTKOWSKI
                                 Attorneys for Defendants

## ORDER

IT IS SO ORDERED.

The Settlement Conference currently scheduled for March 31, 2011, with Magistrate Judge Elizabeth D. Laporte, is hereby postponed to ~~April~~ May 3, 2011, at 1:30pm ~~a.m.~~

Dated: March 30, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

*[Seal: United States District Court, Northern District of California — Judge Elizabeth D. Laporte]*