Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| J & J Sports Productions, Inc., | CASE NO. CV 09-4203 JW |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ESMERALDA ARRIZON A/K/A ESMERALDA ARRIZON BRISENO, MARIA DOLORES ARRIZON, CESAR ENRIQUE CHIRINO and FELIPE ARRIZON PENA, INDIVIDUALLY AND D/B/A EL TAPATIO A/K/A JORGE'S EL TAPATIO |
| vs. | |
| Esmeralda Arrizon, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants ESMERALDA ARRIZON A/K/A ESMERALDA ARRIZON BRISENO, MARIA DOLORES ARRIZON, CESAR ENRIQUE CHIRINO and FELIPE ARRIZON PENA, INDIVIDUALLY AND D/B/A EL TAPATIO A/K/A JORGE'S EL TAPATIO, that the above-entitled action is hereby dismissed **without prejudice** against ESMERALDA ARRIZON A/K/A ESMERALDA ARRIZON BRISENO, MARIA DOLORES ARRIZON, CESAR ENRIQUE

1  CHIRINO and FELIPE ARRIZON PENA, INDIVIDUALLY AND D/B/A EL
2  TAPATIO A/K/A JORGE'S EL TAPATIO.
3      IT IS FURTHER STIPULATED that provided no Party referenced above has
4  filed a motion to reopen this action by June 2, 2011, the dismissal shall be deemed to
5  be with prejudice
6      This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each
7  Party referenced-above shall bear its own attorneys' fees and costs.

Dated: April 20, 2011

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: April 20, 2011

TINGLEY PIONKOWSKI, LLP
By: Bruce C. Pionkowski
Attorneys for Defendants
ESMERALDA ARRIZON A/K/A ESMERALDA
ARRIZON BRISENO, MARIA DOLORES
ARRIZON, CESAR ENRIQUE CHIRINO
and FELIPE ARRIZON PENA, INDIVIDUALLY
AND D/B/A EL TAPATIO A/K/A JORGE'S EL
TAPATIO

IT IS SO ORDERED: The Clerk shall close this file.

/s/ James Ware

The Honorable James Ware
United States District Court
Northern District of California

Dated: April 22, 20211

STIPULATION OF DISMISSAL
CV 09-4203 JW
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 20, 2011, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ESMERALDA ARRIZON A/K/A ESMERALDA ARRIZON BRISENO, MARIA DOLORES ARRIZON, CESAR ENRIQUE CHIRINO and FELIPE ARRIZON PENA, INDIVIDUALLY AND D/B/A EL TAPATIO A/K/A JORGE'S EL TAPATIO**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Bruce C. Piontkowski, Esquire
TINGLEY PIONTKOWSKI, LLP
10 Almaden Blvd., Suite 430
San Jose, CA 95113

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 20, 2011, at South Pasadena, California.

Dated: April 20, 2011

INESA MAMIDJANYAN